FILED

JUL 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHARLES W O'BRYAN JR

              Plaintiff,

vs.

STONEY'S SAND + Gravel @

              Defendant.

CASE NO. C08-3368PVT

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, CHARLES O'BRYAN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?     Yes ✗  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: I am on Workmens Comp. Net: I have no earned income

Employer: Rodeo Express CHARTERS
x326 Phealan Ave San Jose CA.

28  If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _____ Not Applicable _____
3  _____
4  _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7    a.   Business, Profession or            Yes ___ No X
8         self employment?
9    b.   Income from stocks, bonds,         Yes ___ No X
10        or royalties?
11   c.   Rent payments?                     Yes ___ No X
12   d.   Pensions, annuities, or            Yes ___ No X
13        life insurance payments?
14   e.   Federal or State welfare payments, Yes ___ No X
15        Social Security or other govern-
16        ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _____ Not ~~Asap~~ Applicable _____
20 _____

21 3.   Are you married?                     Yes ___ No X
22 Spouse's Full Name: _____ Not Applicable _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages, or Income:
25 Gross $_____ Not _____ Net $ Applicable _____
26 4.   a.   List amount you contribute to your spouse's support:$ Not Applicable
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2   _____Not Applicable_____
3   _____
4   5.   Do you own or are you buying a home?   Yes ___ No _X_
5.  Estimated Market Value: $_____ Amount of Mortgage: $_____
6   6.   Do you own an automobile?   Yes ___ No _X_
7   Make _____ Year _____ Model _____
8   Is it financed? Yes _____ No _____ If so, Total due: $ _____
9   Monthly Payment: $ _____
10  7.   Do you have a bank account?   Yes ___ No _X_ (Do not include account numbers.)
11  Name(s) and address(es) of bank: _____
12  _____Not Applicable_____
13  Present balance(s): $ _____
14  Do you own any cash? Yes _X_ No ___ Amount: $ __80.00__
15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16  market value.)   Yes ___ No _X_
17  _____
18  8.   What are your monthly expenses?
19  Rent: $ __200.00__  Utilities: __100.00__
20  Food: $ __200.00__  Clothing: __50.00__
21  Charge Accounts:
22  Name of Account          Monthly Payment          Total Owed on This Account
23  _____          $ _____        $ _____
24  _____          $ _____        $ _____
25  _____          $ _____        $ _____
26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27  they are payable. Do not include account numbers.)
28  X STUDENT LOAN — 7000.00

-3-

1    _Yes - 9000.00_

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_Not Applicable_

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_7-17-08_          _[signature] Clile W O'Bryant_

DATE                 SIGNATURE OF APPLICANT