UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES W. O'BRYAN, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STONEY'S SAND & GRAVEL, et al.,<br><br>　　　　Defendants. | Case No.: C 08-3368 PVT<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE TO PLAINTIFF FILING ACTION IN PROPER STATE COURT** |

On July 11, 2008, Plaintiff filed a complaint in which he essentially alleges he was injured when a backhoe belonging to Defendant Stoney's Sand & Gravel was negligently driven onto a highway causing a collision with the vehicle in which Plaintiff was riding. Based on the complaint and the file herein,

IT IS FURTHER ORDERED that, no later than August 29, 2008, Plaintiff shall file a declaration showing cause, if any, why this action should not be dismissed for lack of subject matter jurisdiction. The complaint appears to allege only a state law cause of action for negligence. And there are no allegations that would support a finding that diversity jurisdiction exists.

IT IS FURTHER ORDERED that this order is without prejudice to filing an action in the proper state court (in this case, the proper state court would appear to be the Superior Court of California in and for Kings County).

1  The court notes that the complaint alleges the accident occurred on July 12, 1906.  The court
2  assumes the reference to "1906" is a mistake, and that the accident occurred on July 12, 2006.  The
3  court expresses no opinion as to whether the two year statute of limitations for negligence actions is
4  equitably tolled while the present action is pending in federal court.  *See California Standardbred*
5  *Sires Stakes Com., Inc. v. California Horse Racing Bd.*, 231 Cal.App.3d 751, 759 (1991) (noting that
6  the statute of limitations in action against state is tolled "during the time the plaintiff in good faith,
7  albeit mistakenly, pursues the same cause of action in federal court") citing *Addison v. State of*
8  *California*, 21 Cal.3d 313 (1978) (statute of limitations in action against state was equitably tolled
9  where plaintiff filed state court action *before* federal court action was dismissed); *see also, Elkins v.*
10 *Derby*, 12 Cal.3d 410 (1974) (statute of limitations on a personal injury action was tolled while
11 plaintiff asserted a workers' compensation remedy against defendant).
12 Dated: *7/28/08*
13 
                                    *Patricia V. Trumbull*
                                    PATRICIA V. TRUMBULL
14                                  United States Magistrate Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*

| | |
|---|---|
| 1 | <u>copies mailed on *7/28/08*    to:</u> |
| 2 | Charles W. O'Bryan, Jr. |
|   | 1275 Ashcroft Ln. |
| 3 | San Jose, CA  95118 |

<u> */s/ Donna Kirchner              for* </u>
CORINNE LEW
Courtroom Deputy
