UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES W. O'BRYAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> STONEY'S SAND & GRAVEL, et al., <br><br> Defendants. | Case No.: C 08-3368 PVT <br><br> **ORDER THAT CASE BE REASSIGNED WITH A RECOMMENDATION THAT CASE BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |

On July 11, 2008, Plaintiff filed a complaint in which he essentially alleges he was injured when a backhoe belonging to Defendant Stoney's Sand & Gravel was negligently driven onto a highway causing a collision with the vehicle in which Plaintiff was riding. On July 28, 2008, this court set a deadline of August 29, 2008, for Plaintiff to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff has not filed any response to the order to show cause. Therefore,

IT IS HEREBY ORDERED that this case be REASSIGNED to a District Judge,[1] with the RECOMMENDATION that this action be dismissed for lack of jurisdiction, without prejudice to Plaintiff filing an action in the proper state court (in this case, the proper state court would appear to

---

[1] This case must be reassigned to a District Judge because Plaintiff has not consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c). Absent such consent, a Magistrate Judge has no authority to make dispositive rulings. *See, e.g., Tripati v. Rison*, 847 F.2d 548 (9th Cir. 1988).

ORDER, *page 1*

1  be the Superior Court of California in and for Kings County).  The complaint alleges only a state law
2  cause of action for negligence.  And there are no allegations that would support a finding that
3  diversity jurisdiction exists.
4  Dated: *10/20/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

1  copies mailed on  *10/21/08*  to:

2  Charles W. O'Bryan, Jr.
   1275 Ashcroft Ln.
3  San Jose, CA  95118

4

5                                          */s/ Donna Kirchner          for*
                                           CORINNE LEW
6                                          Courtroom Deputy

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 3*