**E-Filed 11/3/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES W. O'BRYAN, JR., | Case Number C 08-3368 JF (PVT) |
| Plaintiff, | ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION |
| v. | |
| STONEY'S SAND & GRAVEL, et al., | |
| Defendants. | |

On July 11, 2008, Plaintiff filed the complaint in the instant action, alleging that he was injured when a backhoe belonging to Defendant Stoney's Sand & Gravel was driven onto a highway, causing a collision with the vehicle in which Plaintiff was riding. On July 28, 2008, the then-assigned Magistrate Judge issued an Order to Show Cause why the action should not be dismissed for lack of subject matter jurisdiction, as the complaint appeared to allege a state law negligence claim and did not allege facts demonstrating the existence of diversity jurisdiction. Plaintiff failed to respond within the time provided. The action thereafter was transferred to the undersigned judge on October 21, 2008. Plaintiff having failed to respond to the Order to Show Cause or otherwise demonstrate the existence of subject matter jurisdiction, the action is HEREBY DISMISSED without prejudice to Plaintiff's filing an action in an appropriate state

1 | court.
2 |     IT IS SO ORDERED.
3 |
4 | DATED:  11/3/08

                                          _____
                                          JEREMY FOGEL
                                          United States District Judge

Case No. C 08-3368 JF (PVT)
ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION
(JFLC2)

1 | Copies of Order served on:
2 |
3 | Charles W O'Bryan, Jr.
4 | 1275 Ashcroft Lane
5 | San Jose, CA 95118
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |